Commonwealth *v.* MacKenzie, Appellant.

Argued December 8, 1972. *Stephen Robert LaCheen,* for appellant; *Stewart J. Greenleaf,* Assistant District Attorney, with him *William T. Nicholas,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.